AO 91 (Rev. 11/11) Criminal Complaint         AUSA Chester Choi (312) 697-4037

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY MICHAEL RECHICHI | CASE NUMBER: 1:22-cr-00181<br>**UNDER SEAL**<br><br>**MAGISTRATE JUDGE GILBERT** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count One

On or about March 7, 2022, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person or presence of another any other thing of value belonging to, or in the care, custody, control, management, or possession of Huntington Bank, located at 29 East Madison Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

### Count Two

On or about March 8, 2022, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person or presence of another any other thing of value belonging to, or in the care, custody, control, management, or possession of Marquette Bank located at 615 West 31st Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |



FILED
3/28/2022
RP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

LUKE MANLOVE
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: March 28, 2022

*Judge's signature*

City and state: Chicago, Illinois

Jeffrey T. Gilbert, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, LUKE MANLOVE, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately three years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that ANTHONY MICHAEL RECHICHI has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging RECHICHI with two counts of bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, conversations I have had with others who have knowledge of the events and circumstances described herein, interviews of bank employees and other witnesses, review of documents provided by bank personnel and other witnesses, and review of bank and other private video surveillance.

**I.  FACTS SUPPORTING PROBABLE CAUSE**

4. The FBI is investigating allegations that ANTHONY MICHAEL RECHICHI robbed the Huntington Bank located at 29 East Madison Street in Chicago, Illinois ("Huntington Bank") on or about March 7, 2022, and the Marquette Bank located at 615 West 31st Street in Chicago, Illinois ("Marquette Bank") on or about March 8, 2022. RECHICHI has also been charged in St. Louis County District Court in Duluth, Minnesota with robbing the National Bank of Commerce located at 306 West Superior Street in Duluth, Minnesota ("Commerce Bank"), on or about February 28, 2022. As set forth in further detail below, the evidence gathered in this investigation, including, but not limited to, (1) interviews with bank employees, (2) RECHICHI's former girlfriend's tip to the FBI identifying RECHICHI as the robber of the Huntington Bank and Marquette Bank and law enforcement's subsequent interview of the former girlfriend, (3) surveillance footage showing the robber having similar physical characteristics as RECHICHI, and (4) RECHICHI's interview with law enforcement, in which he admitted to robbing the Commerce Bank, the Huntington Bank, and the Marquette Bank, establish that there is probable cause to believe that on or about on March 7, 2022 RECHICHI robbed the Huntington Bank, and on or about March 8, 2022, RECHICHI robbed the Marquette Bank.

   **A.  ROBBERY OF COMMERCE BANK ON FEBRUARY 28, 2022**

5. On February 28, 2022, the Duluth Police Department (DPD) reported that an unidentified white male robbed the Commerce Bank. According to DPD investigators, the robber entered the bank walking with a limp, approached a bank

2

employee, handed her a demand note, and told the bank employee he was robbing the bank. The robber then demanded that the employee take him to a teller where he instructed the teller to only give him $100 and $50 notes. Surveillance cameras captured the robber in the bank. DPD investigators recovered the demand note that the robber handed the teller, which stated, "This is a robbery. No die [sic] packs! No GPS! And [indecipherable] 50's! Loose bills!" A photograph of the demand note used by the robber in the Commerce Bank robbery is below.



6. According to DPD reports, the amount of currency taken from Commerce bank was $7,450. Victim Teller A reported to DPD investigators that s/he felt threatened and felt that if s/he did not comply with the robber's demands, s/he would get hurt. Victim Teller A did not know if the robber had a weapon or not.

7. DPD investigators reviewed video surveillance in and around Commerce Bank, which is connected by a skywalk to neighboring buildings. According to DPD reports, right after the robbery, DPD investigators identified the suspect walking into the skywalk from the bank building, cross the skywalk crossing over Superior Street, enter 321 West Superior Street and then turn east and begin to run. According to

DPD reports, after that the suspect disappears from the camera system. According to DPD reports, there are two skywalk security cameras that cover the east and west area of the hallway. DPD investigators went to the skywalk and learned that the area between the east and west hallways is a dead zone and there is no security camera footage. According to DPD reports, DPD investigators saw the suspect enter this dead zone a few minutes after the robbery and then a few minutes later saw a male that had similar height and weight to RECHICHI, wearing jeans and dark colored shoes, matching the description of the robber's clothing with a backpack strapped to his back, but no longer walking with a limp. DPD investigators located this same male in the surveillance video in the skywalk prior to the robbery. DPD investigators confirmed there was no location the male could have exited the skywalk in the dead zone.

8. According to DPD reports, less than 30 minutes prior to the robbery, the robber was seen on security footage walking into Business A, a private detective firm, located within a block of Commerce Bank. DPD investigators spoke with the owner, Individual A, who recalled the male and stated the male told him his name was "Tony." RECHICHI's first name is Anthony. According to Individual A, "Tony" asked about a friend who had been arrested in Leech Lake, Minnesota. Individual A thought the male seemed odd, and his story made little sense. The male then disappeared into the hallway and was not seen again until after the robbery.

9. According to DPD reports, DPD investigators believed, prior to the robbery, the male entered the hallway, donned a disguise, and went to the bank. After

4

the robbery, the male went back into the hallway, took off his disguise, put the money in the backpack, and continued walking in the hallway. DPD investigators believed the male limped during the robbery to confuse others as to his physical appearance.

10. According to DPD reports, DPD investigators sent a photo of the male suspect to Leech Lake Tribal Police (LTP). LTP officers informed DPD investigators the male had been arrested in Itasca County on a driving while impaired charge. DTD Investigators reviewed booking information from the Itasca County arrest, including booking photographs, and determined ANTHONY RECHICHI was the same person they saw on the video in the skywalk near the Commerce Bank in the minutes immediately before and after the robbery.

11. DPD investigators spoke to the arresting officer in Itasca County. According to the Itasca County officer, RECHICHI was arrested on March 3, 2022, driving a red 2010 Mini Cooper. At the time of RECHICHI's arrest, RECHICHI had 83 bills in his possession, consisting of two $100 bills, seven $20 bills, thirteen $10 bills and fifty-eight $5 bills. RECHICHI told the Itasca County officer he had just purchased the Mini Cooper. DPD investigators spoke with the seller of the Mini Cooper. The seller stated that s/he sold the Mini Cooper to RECHICHI on March 1, 2022 for $3,500 in cash.

12. DPD investigators also spoke with two individuals in Duluth that had contact with RECHICHI on the evening of the Commerce Bank robbery. Individual B stated on the evening of February 28, 2022 RECHICHI approached Individuals B and C and told them he was cold and asked for help. RECHICHI stated his name was

"Anthony" and asked Individuals B and C if they could help him find a hotel room. Individuals B and C saw that RECHICHI had a large wad of money on his person. Individuals B and C stated that RECHICHI was extremely paranoid and told them to stay away from streetlights. RECHICHI's behavior was so odd that Individuals B and C asked RECHICHI if he was wanted for a crime. RECHICHI responded, "No, I've done my time, I've already done 16 years in prison" and that he was paranoid because he "looks just like the bank robber in town."

13. According to DPD reports, RECHICHI was convicted of two bank robberies (charged as aggravated robberies) in Hennepin County, Minnesota in 2016. In each of the bank robberies. RECHICHI disguised his appearance, walked with a limp, and presented notes to the tellers.

14. On or about March 4, 2022, DPD investigators advised the FBI in Minnesota that based on their investigation to date, they believed the robber of Commerce Bank was RECHICHI.

B. **ROBBERY OF HUNTINGTON BANK IN CHICAGO, ILLINOIS ON MARCH 7, 2022**

15. Based on bank surveillance video and information provided by bank personnel, on or about March 7, 2022, a white male robbed Huntington Bank.

16. According to Victim Teller B, the robber approached Victim Teller B and gave him/her a demand note, which stated something to the effect of, "No GPS, no dye pack, 100's, 50's only, this is a robbery." According to Victim Teller B, the demand note was written on brown paper with messy handwriting. According to Victim Teller B, Victim Teller B tried to move slowly, but the robber told Victim Teller B, "100s,

6

50s motherfucker fast." Victim Teller B then unlocked his/her drawer and retrieved loose 20-dollar bills without straps and handed the money to the robber. The robber then ran out of the bank from the Madison Street entrance and ran south on Wabash Street.

17. According to Victim Teller B, the robber mostly kept his hands in his pockets during the robbery, which made Victim Teller B feel threatened and nervous because Victim Teller B believed that the robber had a weapon.

18. Victim Teller B described the robber as a white male, approximately 5'11" to 6'00" in height, average build, and was wearing a black jacket, black beanie, black leather facemask covering nose down, black square sunglasses with gold frames on the side and no frames on the front, blue jeans, and solid black shoes.

19. Based on my review of surveillance images and video from Huntington Bank, the robber entered Huntington Bank at approximately 4:45 p.m. and approached the teller station. The robber was wearing a grey or white hat with a black brim with the Minnesota Wild hockey logo on the front, dark jacket, black sunglasses, a black facemask, and dark pants. Law enforcement recovered the demand note used by the robber from the scene. The demand note stated, "This is a robbery. No GPS! No die [sic] packs! 100's 50's." A photograph of the demand note

used by the robber in the Huntington Bank robbery is below.



20. An audit performed by Huntington Bank found that the total amount of U.S. currency taken from the bank during the robbery was approximately $2,000. According to Huntington Bank, Huntington Bank's deposits are insured by the Federal Deposit Insurance Corporation.

C. **ROBBERY OF MARQUETTE BANK IN CHICAGO, ILLINOIS ON MARCH 8, 2022**

21. Based on bank surveillance video and information provided by bank personnel, on or about March 8, 2022, a white male robbed Huntington Bank.

22. According to the Victim Teller C, the robber entered the bank wearing a black baseball hat, dark nylon-type jacket and dark sunglasses as well as a gaiter-type mask over his face. According to Victim Teller C, the robber appeared agitated, was continuously switching lines, and had his hands in his pockets. According to Victim Teller C, when the robber approached Victim Teller's counter, he put down a demand note and stated, "hundreds and fifties." The demand note used in this robbery was not recovered from the scene. Victim Teller C then hit the alarm under

8

the counter and gave the robber $2,000 in $100 and $50 notes. The robber then left the bank. According to Victim Teller C, Victim Teller C felt threatened by the robber based on the robber's behavior and recalled that his/her heart was racing during the robbery.

23. Based on my review of surveillance images and video from Marquette Bank, the robber entered Marquette Bank at approximately 2:27 p.m. The robber was wearing black shoes, blue jeans, black gloves, a black hooded sweatshirt with a Chicago Bulls logo on the front, a black hat with a red brim with a Chicago emblem, black sunglasses, and a black mask.

24. An audit performed by Marquette Bank found that the total amount of U.S. currency taken from the bank during the robbery was approximately $2,000. According to Marquette Bank, Marquette Bank's deposits are insured by the Federal Deposit Insurance Corporation.

D. **TIP TO FBI AND INTERVIEW OF RECHICHI'S EX-GIRLFRIEND**

25. On or about March 9, 2022, and March 11, 2022, FBI released "Wanted" posters for the Huntington Bank and the Marquette Bank robberies.

26. On or about March 13, 2022, a female identifying herself as RECHICHI's ex-girlfriend ("Individual D") called the FBI. Individual D stated that RECHICHI may be the robber of the Huntington and Marquette Banks. Law enforcement interviewed Individual D on or about March 24, 2022.

27. Based on Individual D's tip to the FBI and Individual D's interview with law enforcement, Individual D believed RECHICHI was the robber of the Huntington

and Marquette Banks for three reasons. First, Individual D believed RECHICHI's neck tattoo matched the neck tattoo of the robber from the Marquette Bank robbery. During law enforcement's interview with RECHICHI, described further below beginning in paragraph 33, law enforcement observed the same neck tattoo on RECHICHI. Below are: (a) a photograph of RECHICHI provided by Individual D showing RECHICHI's neck tattoo; (b) a booking photo of RECHICHI provided by DPD investigators from his March 3, 2022 arrest; and (c) a surveillance image from the Marquette Bank robbery in which the robber's neck tattoo is visible.







28. Second, according to Individual D, RECHICHI previously served time for bank robbery in Minnesota, which indicated to Individual D that RECHICHI may have committed the bank robberies in Chicago. Third, on or about March 13, 2022, RECHICHI met Individual D in Franklin Park, Illinois. Individual D stated that RECHICHI was driving a red Mini Cooper, and whispered "FBI" in Individual D's ear. Based on Individual D's interaction with RECHICHI, Individual D believed RECHICHI knew the FBI was onto him.

29. Federal law enforcement in Minnesota compared the demand notes used in the Commerce Bank and Huntington Bank robberies and observed the similarities in the format and the demands made in the two notes (*e.g.*, demanding no die [sic] packs, no GPS, and asking for certain types of bank notes).

### E. INTERVIEW OF ANTHONY RECHICHI

30. On or about March 11, 2022, an arrest warrant for RECHICHI was issued out of St. Louis County, Minnesota for the Commerce Bank robbery. On or about March 15, 2022, RECHICHI was arrested by the Hanover Police Department

in Hanover Park, Illinois, pursuant to this warrant. DPD notified the FBI of RECHICHI's arrest.

31. On or about March 16, 2022, law enforcement interviewed RECHICHI at Hanover Police Department. The interview was audio and video recorded.

32. The interview was initially conducted by DPD investigators. DPD investigators read RECHICHI his *Miranda* Rights and RECHICHI verbally agreed to speak with investigators without a lawyer present. RECHICHI was initially uncooperative and denied being involved in the Commerce Bank robbery. RECHICHI then requested that he speak with a federal agent, at which point, an FBI agent joined the interview along with one of the DPD investigators. RECHICHI was again advised of his *Miranda* rights from FBI Advice of Rights Form FD-395. RECHICHI verbally agreed to speak with law enforcement without a lawyer present and signed a written *Miranda* waiver form.

33. During the interview, RECHICHI admitted that he robbed the Huntington Bank on March 7, 2022. RECHICHI was shown images of the robber from Huntington Bank's surveillance video, and RECHICHI identified himself in the images. RECHICHI stated he received approximately $1,000 from the Huntington Bank. RECHICHI was shown a photograph of the demand note recovered from the Huntington Bank, and RECHICHI stated that it was his note and his handwriting.

34. Additionally, RECHICHI admitted he robbed the Marquette Bank on March 8, 2022. RECHICHI was shown images of the robber from Marquette Bank's surveillance video, and RECHICHI identified himself in the images. RECHICHI

stated he received approximately $2,000 from the Marquette Bank. RECHICHI stated he used a demand note during the Marquette Bank robbery, but he could not recall if he kept the note or left the note at the bank.

35. Finally, RECHICH admitted to robbing the Commerce Bank on February 28, 2022. RECHICH admitted the demand note used during the bank robbery was his note. RECHICHI was shown pictures of the robber from Commerce Bank's surveillance video, and RECHICHI identified himself as the robber in the pictures. RECHICHI was shown a photograph of the demand note recovered from the Commerce Bank, and RECHICHI stated it was his note and his handwriting.

36. When asked about the different handwriting styles in the demand notes used in the Huntington Bank and Commerce Bank robberies, RECHICHI responded that he intentionally used different handwriting styles in the two notes to avoid detection. RECHICHI also stated he did not walk with a limp, but, during the Commerce Bank robbery, he walked with a limp in order to conceal his identity.

37. RECHICHI stated that he used some of the proceeds from the Commerce Bank robbery to purchase a red 2010 Mini Cooper and that he used a large portion of the remaining proceeds on maintenance of his vehicle.

38. Based on my observations of RECHICHI during the recorded interview and my review of the surveillance video from the Commerce Bank, Huntington Bank, and Marquette Bank robberies, RECHICHI has similar physical characteristics and build as the robber of the Commerce Bank, Huntington Bank, and Marquette Bank. Moreover, based on the similarities in the demand notes, Individual D's tip to the FBI

13

identifying RECHICHI as the robber of the Huntington Bank and Marquette Bank and law enforcement's subsequent interview of Individual D, and RECHICHI's admissions to law enforcement, there is probable cause to believe RECHICHI robbed the Huntington Bank on or about March 7, 2022, and the Marquette Bank on or about March 8, 2022.

## II. CONCLUSION

39. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, (1) on or about March 7, 2022, ANTHONY MICHAEL RECHICHI did, by intimidation, take from the person or presence of another any other thing of value belonging to, or in the care, custody, control, management, or possession of, the Huntington Bank, located at 29 East Madison Street, Chicago, Illinois, in violation of Title 18, United States Code, Section 2113(a); and (2) on or about March 8, 2022, ANTHONY MICHAEL RECHICHI did, by intimidation, take

14

from the person or presence of another any other thing of value belonging to, or in the care, custody, control, management, or possession of, the Marquette Bank, located at 615 West 31st Street, Chicago, Illinois, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

LUKE MANLOVE
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone March 28, 2022.

Honorable Jeffrey T. Gilbert
United States Magistrate Judge